**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HUAZHONG XU,<br><br>               Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>               Respondent. | No. 13-71977<br><br>Agency No. A077-163-639<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 9, 2016[**]
San Francisco, California

Before: KLEINFELD, IKUTA, and WATFORD, Circuit Judges.

Huazhong Xu petitions for review of the decision of the Board of

Immigration Appeals (BIA) vacating the Immigration Judge's (IJ) grant of

protection under the Convention Against Torture and remanding for further

proceedings.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Under 8 U.S.C. § 1252(a), our review is limited to final orders of removal. *See Lopez-Ruiz v. Ashcroft*, 298 F.3d 886, 887 (9th Cir. 2002). When, as here, "the BIA remands to the IJ for any reason, no final order of removal exists until all administrative proceedings have concluded." *Abdisalan v. Holder*, 774 F.3d 517, 526 (9th Cir. 2014) (en banc). Accordingly, we lack jurisdiction over Xu's petition for review.

PETITION DISMISSED.